UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TYSON DOOLEY, individually and on behalf of all others situated**<br><br>Plaintiffs,<br><br>**VERSUS**<br><br>**NINE ENERGY SERVICES, L.L.C.**<br><br>Defendant. | CIVIL ACTION NO. 4:15-CV-02433<br><br>COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b) |

### DECLARATION OF BRETT QUIGLEY

I, Brett Quigley, pursuant to 28 U.S.C. § 1746, declare under penalty of perjury that the following statements are true and correct based on my personal knowledge of the facts and records referenced herein:

1. I am a person of sound mind who is more than 18 years of age and capable of making this Declaration.

2. I am employed by Nine Energy Service, LLC ("Nine"), as the Director, Fleet & DOT Compliance, and have worked for Nine in the area of fleet and DOT compliance since July of 2014.

3. In my position, I am responsible for, among other things, formulating and implementing policies and procedures for compliance with federal laws regulating motor carriers and interstate transportation for use by Nine's various business operations, including its wireline services business formerly operated under the name CDK Perforating LLC ("CDK") (collectively Nine and CDK are referred to as the "Company").

{B1072980.1}

1

**EXHIBIT 1**

4. The Company is a motor carrier regulated by the U.S. Department of Transportation ("DOT") operating under USDOT Number 1893013, and has been a registered motor carrier since 2009.

5. Attached is copy of the Company Snapshot as of January 7, 2016, made available to the general public by the Federal Motor Carrier Safety Administration through its Safety and Fitness Electronic Records ("SAFER") System online at www.safer.fmcsa.dot.gov.

6. As reflected in the attached Company Snapshot, the Company engages in the interstate transportation of hazardous materials regulated by the DOT, specifically explosives, for use in its wireline services business.

7. In my position, I am familiar with records reflecting the fleet used in the Company's wireline services business, which includes but is not limited to wireline trucks, cranes, and various makes of one ton and larger vehicles to which gooseneck trailers may be attached for transporting heavy equipment and materials used on jobs.

8. The gross vehicle weight rating of a wireline truck in the Company's fleet is approximately 60,000 pounds.

9. The gross vehicle weight rating of a crane in the Company's fleet is approximately 80,000 pounds.

10. The gross vehicle weight rating of the other one ton and larger vehicles in the Company's fleet ranges from approximately 10,800 – 19,500 pounds.

11. The International Registration Plan ("IRP") is a registration reciprocity agreement among the states of the United States, and other jurisdictions, required for vehicles weighing more than 26,000 pounds that cross state lines.

12. The International Fuel Tax Agreement ("IFTA") is an agreement among the lower 48 states of the United States, and other jurisdictions, to simplify reporting of fuel use by motor carriers and is required for vehicles weighing more than 26,000 pounds that cross state lines.

13. The wireline trucks, cranes, and Dodge 5500s in the Company's fleet are IRP-licensed and IFTA-permitted for a combined weight of up to 80,000 pounds.

14. Engineers in the Company's wireline services business are required to possess a valid Commercial Driver's License for employment.

15. Engineers are required to accurately complete driver logs for DOT compliance purposes.

16. Nine's business records include, but are not limited to, records relating to its vehicle fleet, motor carrier status, and interstate transportation ("Business Records").

17. Nine's Business Records are made at or near the time of the events by a person with knowledge of the substance of the records.

18. Nine regularly makes and maintains its Business Records in the ordinary course of its business.

19. I have personal knowledge of the Business Records of Nine referenced herein.

Dated: January 8, 2016

_____
Brett Quigley

○ USDOT Number  ○ MC/MX Number  ● Name

Enter Value: [CDK PERFORATING L]

[Search]

**Company Snapshot**
**CDK PERFORATING LLC**
USDOT Number: 1893013

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

**Other Information for this Carrier**
- SMS Results
- Licensing & Insurance

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

The information below reflects the content of the FMCSA management information systems as of 01/07/2016.

| | | | |
|---|---|---|---|
| Entity Type: | Carrier & Shipper | | |
| Operating Status: | AUTHORIZED For Property | Out of Service Date: | None |
| Legal Name: | CDK PERFORATING LLC | | |
| DBA Name: | NINE ENERGY SERVICE | | |
| Physical Address: | 6500 WEST FREEWAY SUITE 600 FORT WORTH, TX  76116 | | |
| Phone: | (281) 730-5124 | | |
| Mailing Address: | 16945 NORTHCHASE DR STE 1600 HOUSTON, TX  77060 | | |
| USDOT Number: | 1893013 | State Carrier ID Number: | |
| MC/MX/FF Number(s): | MC-681293 | DUNS Number: | -- |
| Power Units: | 148 | Drivers: | 286 |
| MCS-150 Form Date: | 12/03/2015 | MCS-150 Mileage (Year): | 2,621,710 (2014) |

**Operation Classification:**

| | | |
|---|---|---|
| X Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| X Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| X Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**HM Shipper Operation:**

X Interstate    Intrastate

**Cargo Carried:**

| | | |
|---|---|---|
| General Freight | Liquids/Gases | X Chemicals |
| Household Goods | Intermodal Cont. | Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | Refrigerated Food |
| Motor Vehicles | X Oilfield Equipment | Beverages |
| Drive/Tow away | Livestock | Paper Products |
| Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| Building Materials | Coal/Coke | Agricultural/Farm Supplies |
| Mobile Homes | Meat | Construction |
| Machinery, Large Objects | Garbage/Refuse | Water Well |
| Fresh Produce | US Mail | X EXPLOSIVES AND R |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

US Inspection results for 24 months prior to: 01/07/2016

Total Inspections: 30
Total IEP Inspections: 0
Note: Total inspections may be less than the sum of vehicle, driver, and hazmat inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver | Hazmat | IEP |
|---|---|---|---|---|
| Inspections | 23 | 30 | 1 | 0 |
| Out of Service | 6 | 3 | 0 | 0 |
| Out of Service % | 26.1% | 10% | 0% | 0% |
| Nat'l Average % (2009-2010) | 20.72% | 5.51% | 4.50% | N/A |

Crashes reported to FMCSA by states for 24 months prior to: 01/07/2016

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 2 | 0 | 2 |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

Canadian Inspection results for 24 months prior to: 01/07/2016

Total inspections: 0
Note: Total inspections may be less than the sum of vehicle and driver inspections. Go to Inspections Help for further information.

Inspections:

| Inspection Type | Vehicle | Driver |
|---|---|---|
| Inspections | 0 | 0 |
| Out of Service | 0 | 0 |
| Out of Service % | 0% | 0% |

Crashes results for 24 months prior to: 01/07/2016

Note: Crashes listed represent a motor carrier's involvement in reportable crashes, without any determination as to responsibility.

Crashes:

| Type | Fatal | Injury | Tow | Total |
|---|---|---|---|---|
| Crashes | 0 | 0 | 0 | 0 |

**ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating**

*The Federal safety rating does not necessarily reflect the safety of the carrier when operating in intrastate commerce.*

Carrier Safety Rating:

The rating below is current as of: 01/07/2016

Review Information:

| Rating Date: | None | Review Date: | None |
|---|---|---|---|
| Rating: | None | Type: | None |