UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **TYSON DOOLEY, individually and on behalf of all others similarly situated**　§　§　§<br>　　**Plaintiff,**　§<br>　§<br>**v.**　§<br>　§<br>　§<br>**NINE ENERGY SERVICE, LLC**　§<br>　§<br>　　**Defendant.**　§ | Docket No. 4:15-cv-02433<br><br>**JURY TRIAL DEMANDED**<br><br>**COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |

## MOTION FOR APPROVAL OF NOTICE/CONSENT FORMS

Pursuant to the Court's request at the January 25, 2016 hearing on Dooley's Motion for Conditional Certification, Dooley submits his revised Notice/Consent documents to the Court for final approval to be distributed to the Class Members in accordance with Dooley's Motion and the Court's Order Granting Conditional Certification. Specifically, Dooley and Nine conferred and agree to the language in the revised Notice/Consent, which includes Nine's position in No. 2. See Exhibit A.

Respectfully Submitted,

By:*/s/ Jessica M. Bresler*
**Michael A. Josephson**
Fed. Id 27157
State Bar No. 24014780
**Jessica M. Bresler**
Fed. Id. 2459648
State Bar No. 24090008
**Lindsay R. Itkin**
Fed Id. 1458866
State Bar No. 24068647
**Andrew Dunlap**
Fed Id. 1093163
State Bar No. 24078444
**FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030

**AND**

**Richard J. (Rex) Burch**
State Bar No. 24001807
Fed. Id. 21615
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE AND CONFERENCE**

I served this document by ECF electronic filing on all parties on January 29, 2015. I conferred with Defense Counsel and the Parties agree regarding the proper language to include in No. 2 of the Notice/Consent documents.

*/s/Jessica M. Bresler*
Jessica M. Bresler