**EXHIBIT A**

***THIS IS A COURT-AUTHORIZED NOTICE
THIS IS NOT AN ADVERTISEMENT FROM A LAWYER***

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TYSON DOOLEY, individually and** § | | **Docket No. 4:15-cv-02433** |
| **on behalf of all others similarly situated** § | | |
| **Plaintiff,** § | | |
| § | | |
| v. § | | **JURY TRIAL DEMANDED** |
| § | | |
| § | | |
| **NINE ENERGY SERVICE, LLC** § | | **COLLECTIVE ACTION** |
| **Defendant.** § | | **PURSUANT TO 29 U.S.C. § 216(b)** |

### NOTICE OF COLLECTIVE ACTION LAWSUIT

TO:  All current and former wireline field engineers of Nine Energy Service, LLC (Nine) who worked during the time period _____[1] to the present and who received a salary and a bonus, but no overtime compensation.

RE:  Overtime lawsuit against Nine Energy Service, LLC

**DEADLINE TO JOIN THIS OVERTIME CASE: _____[2], 2016**

### 1.   Why Are You Getting This Notice?

A collective action lawsuit alleges Nine violated a federal law known as the Fair Labor Standards Act (FLSA). The FLSA requires employers to pay overtime to employees who work more than 40 hours in a week, unless the employees are "exempt."

You received this Notice because the Court in which the collective action lawsuit is pending allowed or "certified" a collective action lawsuit that may affect your legal rights. The Court therefore ordered this Notice be sent to all current or former wireline field engineers employed by Nine during the time period _____[3] to the present who were paid a salary and/or a bonus, but no overtime compensation.

---

[1] This date will be three days prior to the date the Court grants the Motion for Notice.
[2] This date will be 60 days after the Notice is mailed.
[3] This date will be 3 years prior to the date the Court grants the Motion for Notice.

This Notice describes your FLSA rights including your right to participate in this collective action if you so choose.

**2.   What Is This Lawsuit About?**

Plaintiff worked for Nine and filed this collective action lawsuit alleging that Nine violated the FLSA by failing to pay overtime. Plaintiff alleges that he and the Putative Class Members performed largely technical and manual labor type job duties and that these duties require them to be paid overtime for all hours worked. Plaintiff seeks back wages in the form of unpaid overtime, liquidated damages, attorney fees, and costs for himself and all other Putative Class Members.

Defendant asserts that at all times it complied with the FLSA, and that Plaintiffs and putative collective action members were exempt from overtime under one or more exemptions, including but not limited to the Motor Carrier Act exemption, the highly-compensated employee exemption, and the executive exemption. Defendant also asserts that it acted in good faith with respect to its pay practices for engineers. Defendant further denies that this case is proper for collective action treatment and contends that it should be decertified at the appropriate time.

Judge Lee H. Rosenthal has not determined who will win this case, but ordered this Notice be sent to you to inform you of your legal rights and ability to join this collective action lawsuit to potentially recover your alleged unpaid overtime wages. Should the Plaintiff prevail in this lawsuit, you may recover damages for overtime worked during the relevant time period. The relevant time period for your claim will be calculated based on the date you return a completed Consent To Join Wage Claim form, which is attached to this notice.

**3.   Are You Eligible to Join This Lawsuit?**

You can choose to join this lawsuit if you worked for Nine during the period from _____[4] to the present as a wireline field engineer and received a salary and/or a bonus, but no overtime compensation.

**4.   What are Your Options?**

If you want to join this case, you must read, sign, and return the attached consent form by _____[5], 2016. You may return your consent form by mailing it to the below address in the enclosed self-addressed stamped envelope, faxing it to 713-751-0030, or emailing it to backwages@fibichlaw.com.

**Overtime Lawsuit Against Nine Energy Service, LLC**
**Fibich, Leebron, Copeland, Briggs & Josephson**
**1150 Bissonnet Street**
**Houston, Texas 77005**
**Telephone: (888) 751-7050**

---

[4] This date will be 3 years prior to the date the Court grants the Motion for Notice.
[5] This date will be 60 days from the date the Notice is mailed to the Putative Class Members.

**Fax: (713) 751-0030**
**E-mail: backwages@fibichlaw.com**

If you do not desire to join this lawsuit then you need not sign or return the Consent to Join Wage Claim form.

### 5. Effect of Joining or Not Joining the Lawsuit.

If you return a Consent to Join Wage Claim form, you will be a party to this collective action lawsuit. You may be required to participate in discovery, including producing documents and attending depositions. If this collective action lawsuit is successful, you may receive additional monies from Nine. If this case is not successful, you will receive nothing and will be bound by the judgment.

Because the FLSA only allows workers to recover up to the past three years of back wages, eligible workers who do *not* join this litigation, may lose their rights to recover overtime for work performed in the past for Nine.

### 6. Retaliation Against Employees Who Participate in FLSA Lawsuits is Prohibited.

Federal law prohibits all employers, including Nine, from firing, blackballing, or in any other manner discriminating against employees who join or otherwise participate in lawsuits under the FLSA. Nine has agreed to abide by the law in this regard.

### 7. Your Legal Representation If You Join.

If you choose to join this collective action lawsuit, your attorneys will be Jessica M. Bresler and Michael A. Josephson of the law firm FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and Richard (Rex) Burch of the law firm BRUCKNER BURCH, PLLC. The contact information for the Plaintiffs lawyers is as follows:

| | |
|---|---|
| Michael A. Josephson<br>Jessica M. Bresler<br>**FIBICH, LEEBRON, COPELAND,**<br>**BRIGGS & JOSEPHSON**<br>1150 Bissonnet St.<br>Houston, Texas 77005<br>Toll Free: 888-751-7050<br>E-mail:  backwages@fibichlaw.com | Richard (Rex) Burch<br>**BRUCKNER BURCH, PLLC**<br>8 Greenway Plaza, Suite 1500<br>Houston, Texas 77046<br>Telephone: 713-877-8788<br>Email:  rburch@bucknerburch.com |

You should not contact Nine or the Court to discuss this matter.

### 8. You Have Sixty (60) Days to Join this Lawsuit.

Your determination of whether or not to take action should be made promptly. Because the law only allows a person to recover up to three (3) years of back wages from the date the Consent To Join Wage Claim form is filed, time is of the essence in submitting this form if you wish to have

the opportunity to make a potential full recovery if the Court rules in favor of the Plaintiffs.  All consent forms must be filed no later than _____, **2016,** which is sixty (60) days after this Notice was mailed to you.  A Consent To Join Wage Claim form is enclosed with a self-addressed stamped envelope.

## CONSENT TO JOIN WAGE CLAIM

Court-imposed deadline for filing is _____[6], 2016.

Print Name: _____

1. I hereby consent join the collective action lawsuit filed against Nine Energy Service, LLC to pursue my claims of unpaid overtime during the time that I worked with the company.

2. I understand that this lawsuit is brought under the Fair Labor Standards Act, and consent to be bound by the Court's decision.

3. I designate the law firms and attorneys at FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON and BRUCKNER BURCH, PLLC, as my attorneys to prosecute my wage claims.

4. I consent to having Plaintiffs and Plaintiffs' Counsel make all decisions regarding the litigation, including all decisions regarding settlement or trial.

5. If needed, I authorize the Plaintiffs' lawyers to use this consent to re-file my claim in a separate lawsuit or arbitration against the Defendant.

Signature: _____   Date Signed: _____

**Please print or type the following information which will be kept confidential:**

| _____ | _____ |
| Address | City/State/Zip |

| _____ | _____ |
| Home Telephone Number | Cell Phone Number |

| _____ | _____ |
| E-mail Address | Estimated Dates of Employment |

| _____ | _____ |
| Positions Held with Nine | Locations Worked for Nine |

**RETURN THIS FORM BY MAIL OR FAX TO:**

**Unpaid Overtime Lawsuit Against Nine Energy Service, LLC**
**Fibich, Leebron, Copeland, Briggs & Josephson**
**1150 Bissonnet Street**
**Houston, Texas 77005**
**Fax: (713) 751-0030**
**E-mail: backwages@fibichlaw.com**

---

[6] This date will be 60 days from the date the Notice is mailed.