## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **TYSON DOOLEY, individually and on behalf of all others similarly situated** | |
| **Plaintiff,** | **CIVIL ACTION NO. 4:15-CV-02433** |
| **VERSUS** | |
| | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| **NINE ENERGY SERVICES, L.L.C.** | |
| **Defendant.** | |

### ORDER

**CONSIDERING** Defendant's Motion to Deny or, In the Alternative, Defer Ruling on Plaintiffs' Motion for Partial Summary Judgment:

**IT IS ORDERED** that Defendant's Motion to Deny or, In the Alternative, Defer Ruling on Plaintiffs' Motion for Partial Summary Judgment is granted; and

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Traditional and No Evidence Partial Summary Judgment as to Nine Energy Service, LLC's Affirmative Defenses is denied.

Signed on this _____ day of _____, 2016.

_____
JUDGE

{B1118635.1}