United States District Court
Southern District of Texas
**ENTERED**
August 29, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TYSON DOOLEY, individually and on behalf of all other similarly situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-15-02433 |
| NINE ENERGY SERVICE, LLC, | § § § | |
| Defendant. | § | |

## ORDER

The plaintiffs filed a response in opposition to Nine's motion to delay partial summary judgment on specific affirmative defenses. According to the response, Nine has two more depositions to take. If, as the plaintiffs expect, and as Nine has done with respect to other deposed plaintiffs, that leads to an agreed withdrawal of the defenses, there appears to be little risk of disproportionate or excessive discovery or unnecessary motions practice. Nine is fully familiar with the requirements of Fed. R. Civ. P. 11, 26(b)(1), and 26(g), which preclude its insistence on groundless affirmative defenses.

The court's prior ruling is unchanged as a result of the response.

SIGNED on August 29, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge