United States District Court
Southern District of Texas
**ENTERED**
October 07, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TYSON DOOLEY, individually and on behalf of all others similarly situated, | § § § | |
| Plaintiff, | § § | |
| VS. | § | CIVIL ACTION NO. H-15-02433 |
| NINE ENERGY SERVICE, LLC, | § § § | |
| Defendant. | § § | |

## ORDER

The court amends its ruling issued in the October 4, 2016 hearing as follows. Counsel for the defendant, Nine Energy Service, LLC, must produce *in camera* any emails or communications asserted to be covered by attorney-client privilege or work-product protection before January 1, 2016, relevant to or evidencing attorneys' advice on FLSA classification decisions. If there are no responsive documents, that information should be provided to the court and all counsel.

SIGNED on October 7, 2016, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge