UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **TYSON DOOLEY, individually and on behalf of all others similarly situated** | § § § § | Docket No. 4:15-cv-02433 |
| **Plaintiff,** | § § | |
| v. | § § § | JURY TRIAL DEMANDED |
| **NINE ENERGY SERVICE, LLC** | § § § | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| **Defendant.** | § | |

**NOTICE OF JOINT MOTION TO CONSOLIDATE**

The Parties filed a Joint Motion to Consolidate pertaining to this matter, attached hereto as Exhibit A.

Respectfully submitted,

By: /s/ *Jessica M. Bresler*
**Michael A. Josephson**
Fed. Id. 27157
Texas State Bar No. 24014780
**Jessica M. Bresler**
Fed. Id. 24090008
Texas State Bar No. 2459648
**Lindsay R. Itkin**
Fed Id. 1458866
Texas State Bar No. 24068647
**Andrew Dunlap**
Fed. Id. 1093163
Texas State Bar No. 24078444
**FIBICH, LEEBRON, COPELAND, BRIGGS & JOSEPHSON**
1150 Bissonnet St.
Houston, Texas 77005
Tel: (713) 751-0025
Fax: (713) 751-0030
mjosephson@fibichlaw.com
litkin@fibichlaw.com
adunlap@fibichlaw.com
jbresler@fibichlaw.com

**AND**

**Richard J. (Rex) Burch**
Fed. Id. 21615
Texas State Bar No. 24001807
Dave Moulton
Texas Bar No. 24051093
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
Tel: (713) 877-8788
Fax: (713)877-8065
rburch@brucknerburch.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

**CERTIFICATE OF SERVICE**

I served this document on January 31, 2017 on all parties via ECF filing.

*Jessica M. Bresler*
Jessica M. Bresler